In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-07-00042-CV


______________________________




DANNY WAYNE MARTIN, Appellant



V.



AMANDA JOANN PARIS, Appellee




 


On Appeal from the 102nd Judicial District Court


 Red River County, Texas


Trial Court No. CV-01383




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION


 Danny Wayne Martin, appellant, has filed with this Court a letter asking to withdraw his
notice of appeal and dismiss his pending appeal in this matter pursuant to Rule 42.1(a) of the Texas
Rules of Appellate Procedure. See Tex. R. App. P. 42.1(a). The letter is signed by the appellant,
who is representing himself pro se. 

 We dismiss the appeal. 


 Josh R. Morriss, III

 Chief Justice


Date Submitted: April 10, 2007

Date Decided: April 11, 2007